## Schuchert, Appellant, *v.* Canevin.

Argued Oct. 21, 1909. Appeal, No. 138, Oct. T., 1909, by plaintiffs, from order of C. P. No. 2, Allegheny Co., July T., 1908, M. L. No. 14, making absolute rule to strike off mechanic's lien in case of Joseph S. Schuchert et al., trading as Joseph S. Schuchert & Brothers, v. Rt. Rev. Regis Canevin, Bishop of the Diocese of Pittsburg, Trustee et al. Before FELL, BROWN, MESTREZAT, POTTER, ELKIN and STEWART, JJ. Reversed.

*James W. Kinnear*, with him *T. D. McCloskey* and *W. E. Best*, for appellants.

*Chas. D. Gillespie*, with him *A. V. D. Watterson* and *A. B. Reid*, for appellees.

OPINION BY MR. JUSTICE MESTREZAT, January 3, 1910:

The questions raised on this record are identical with those considered and determined in Willson et al. v. Canevin et al., ante, p. 362, opinion filed herewith, and for the reasons there given, the order of the court below is reversed, and the lien is reinstated.